**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 98-60381**
**Summary Calendar**

---

**REGINA DEES,**

**Plaintiff-Appellant,**

**VERSUS**

**CUSTOM FURNITURE MANUFACTURING, INC.;**
**DONALD THOMPSON,**

**Defendants-Appellees.**

---

Appeal from the United States District Court
for the Northern District of Mississippi
(3:97-CV-8-B-A)

---

September 17, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Regina Dees (appellant) sued her employers, Custom Furniture Manufacturing, Inc. and Donald Thompson (appellees) asserting claims for sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964 and state law torts of intentional infliction of emotional distress and battery. After discovery, the case was submitted to the jury on the sole issue of sexual harassment. The jury returned a verdict for appellees. Claiming evidentiary errors in rulings by the district court,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appellant timely filed this appeal.

We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself and conclude that the district judge did not err in any of the respects asserted by appellant. The Final Judgment entered under date of May 28, 1998 is therefore

**AFFIRMED**.